Submitted on record and briefs September 30, affirmed; motions for penalty and attorney fee denied October 26, reconsideration denied December 9, 1988, petition for review denied January 31, 1989 (307 Or 340)

MATTIZA,
*Appellant,*

*v.*

FOSTER,
*Respondent.*

(87-01-21, 356-L; CA A46889)

762 P2d 1067

Virginia Dare Mattiza, Austin, Texas, filed the briefs *pro se* for appellant.

H. Clifford Looney, Butler & Looney, P.C., Vale, filed the brief for respondent.

Before Buttler, Presiding Judge, and Warren and Rossman, Judges.

PER CURIAM

**PER CURIAM**

This is an action to impose a constructive trust on a gift made by plaintiff's ward to defendant on the ground that defendant had procured the gift by the exercise of undue influence. The trial court found for defendant and awarded attorney fees pursuant to ORS 20.105.

On the merits we affirm. We deny respondent's motions for a penalty, ORS 19.160, and an attorney fee on appeal, ORS 20.105.

Affirmed; motions for penalty and attorney fee denied.